IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**FOSTER CABLE SERVICES, INC., d/b/a U-PAS**                    **PLAINTIFFS**

**VS.**                    **CASE NO. 1:18-CV-01049**

**JAMES ERIC DEVILLE AND T & D SOLUTIONS**                    **DEFENDANTS**

_____

**MEMORANDUM BRIEF IN OPPOSITION OF MOTION FOR
JUDGMENT ON THE PLEADINGS**
_____

The defendants' position states, without any factual basis or discovery into the facts, affirmatively that the contract is unenforceable. That statement is a conclusion which involves both matters of fact and law and, until adequate discovery is completed and the pleadings are closed, such pleading is premature and should be dismissed. Federal Rules of Civil Procedure 12(c)

In short, the contract at the center of this matter is a restriction upon defendant, James Eric Deville, from disclosing certain information gained through his employment with plaintiff. In the instant case, that would be pricing and other trade secrets in which Foster Cable Services d/b/a U-PAS was employing to attract business.

The facts of this case are that defendant, James Eric Deville, voluntarily signed a non-disclosure agreement which, for the Court's edification, the law stated by the defendants apply to non-compete agreements, generally non-disclosure agreements, which are generally held to be more valid and in a more favorable light. Further, whether the contract is enforceable under the theory that certain

information was disclosed, is ripe for discovery, not for a motion which is untimely filed.

Additionally, there is an alleged tort of interference with the contract between defendant, James Eric Deville and the plaintiff.  Whether that tort occurred is a fact based determination not ripe for such motion prior to the Rule 26(f) report even being filed in this matter.

In light of the untimeliness, the fact based questions involved in this matter, lack of any discovery being conducted, said Motion for Judgment on the Pleadings should be dismissed and the matter proceed forward in the orderly course of normal cases in this Court.

Respectfully submitted,

   /s/ F. Mattison Thomas, III
F. MATTISON THOMAS, III
Attorney at Law
103 East Main Street, Suite D
El Dorado, AR  71730
Ph:  870-881-8468
Fax:  870-881-8416
Arkansas Bar No. 2002-007

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 28th day of December, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to:

Mr. Zachary B. Bussey
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Ste. 200
Memphis, TN  38103

Phyllis G. Cancienne
Christopher G. Morris
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
450 Laurel, 20th Floor
Baton Rouge, LA  70825


                                                      /s/ F. Mattison Thomas, III
                                                        F. Mattison Thomas, III