IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FOSTER CABLE SERVICES, INC.
d/b/a U-PAS                                                                                    PLAINTIFF

v.                              Case No. 1:18-cv-1049

JAMES ERIC DEVILLE and
T&D SOLUTIONS                                                                            DEFENDANTS

## JUDGMENT

Before the Court is Defendants James Eric Deville and Volt Power's Motion for Judgment on the Pleadings. (ECF No. 15). Plaintiff Foster Cable Services, Inc. filed a response. (ECF No. 17). The Court finds the matter ripe for consideration.

For the reasons stated in the Court's order of even date, the Court finds that Defendants' Motion for Judgment on the Pleadings (ECF No. 15) should be and hereby is **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge